# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 9, 2026

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
REBECCA TAIBLESON, *Circuit Judge*

| | |
|---|---|
| No. 26-8004 | IN RE:<br>EDWARD-ELMHURST HEALTH,<br>Petitioner |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-14515<br>Northern District of Illinois, Eastern Division<br>District Judge Steven C. Seeger | |

Upon consideration of the **DEFENDANT-PETITIONER EDWARD-ELMHURST HEALTH'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1292(B)**, by counsel for the petitioner,

**IT IS ORDERED** that the petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is **GRANTED**. The petitioner shall pay the required appellate fee to the clerk of the district court within 14 days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fee has been paid, the appeal will be entered on this court's general docket.